# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00090-CV

## In Re Wesley Mau, Hays County Criminal District Attorney

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator's Motion for Temporary Relief and motion for certain sealed exhibits to be transferred to this Court are denied.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: April 5, 2021